UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERAJUL HAQUE,<br><br>          Plaintiff,<br><br>     v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, and others,<br><br>          Defendant. | Case No. 14-cv-04600 NC<br><br>**ORDER GRANTING IN PART FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 17 |

Federal defendants move for an extension of their deadlines to file an answer and motion for summary judgment on the basis that this case was transferred to this District on September 19, 2014, and counsel for the federal defendants did not receive the case file until November 6, 2014. Dkt. No. 17. The Court finds good cause to extend the deadlines set forth in the Procedural Order issued on October 15, 2014, Dkt. No. 7, as follows:

The deadline for the federal defendants to file and serve their answer, as required by paragraph 1 of the Procedural Order, is continued to January 5, 2015.

The deadline for the federal defendants to file and serve their motion for summary judgment, as required by paragraph 3 of the Procedural Order, is continued to March 6, 2015.

IT IS SO ORDERED.

Date: November 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge