UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERAJUL HAQUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, and others,<br><br>　　　　　Defendants. | Case No. 14-cv-04600 NC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO WITHDRAW CONSENT**<br><br>Dkt. No. 73 |

On October 27, 2014, pro se plaintiff Serajul Haque filed a form indicating his consent to the jurisdiction of a Magistrate Judge. Dkt. No. 11. On January 20, 2015, he filed another form, purporting to withdraw his consent to jurisdiction. Dkt. No. 73.

There is no absolute right to withdraw consent once granted under 28 U.S.C. § 636(c). *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993). Instead, consent can be withdrawn only for good cause or extraordinary circumstances shown. *Id.* In ruling on a motion to withdraw consent, courts consider factors including timeliness, whether granting the motion would unduly interfere with or delay the proceedings, the burdens and costs to litigants, and whether consent was voluntary and uncoerced. *United States v. Neville*, 985 F.2d 992, 1000 (9th Cir. 1993).

Here, Haque's attempted withdrawal of consent is not accompanied by any

explanation of the grounds for withdrawal. There is no indication in the record that Haque's consent was coerced. Furthermore, the withdrawal of consent would unduly delay the resolution of this matter. The Court finds that there is no good cause or extraordinary circumstances justifying the withdrawal of consent. Therefore, Haque's request to withdraw his consent to proceed before a magistrate judge is DENIED.

IT IS SO ORDERED.

Date: January 22, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-04600 NC
ORDER DENYING REQUEST
TO WITHDRAW CONSENT

2