UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAJUL HAQUE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ATTORNEY GENERAL, et al.,<br><br>    Defendants. | Case No.14-cv-04600-NC<br><br>**ORDER STRIKING IMPROPER FILINGS** |

On May 13, 2015, the Court granted defendants' motion for summary judgment and dismissed plaintiff Serajul Haque's complaint without leave to amend. The Court reminded plaintiff that "no motions for reconsideration, clarification, or modification of the dismissal of Haque's complaint will be entertained." Dkt. No. 98. On May 25, 2015, plaintiff emailed the Court's proposed order inbox three emails with documents attached that appear to be related to his pending Ninth Circuit appeal. These filings are improper, and the Court strikes the documents. The Court ORDERS Haque to cease improper filings in the closed case, 14-cv-04600-NC. Haque may not use the Court's proposed inbox to submit documents for filing.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:14-cv-04600-NC