HAQUE-VS-UNITED STATES OF AMERICA CASE NO 1:2015-CV-00565 C
USCFC 2015-MOTION TRANSFER
Page 1 of 2
Date: June26, 2015
PLAINTIFF WITHOUT ATTORNEY
SERAJUL HAQUE
1001 SOUTH MAIN STREET
APARTMENT D-122
CITY-MILPITAS, CALIFORNIA 95035
PHONE 408-934-9052
CELL/MOBILE PHONE 408-420-4829
serajulhaque@att.net

Leave to file is DENIED
This case is closed.
Dated: July 7, 2015

**DENIED**
Judge Nathanael M. Cousins

UNITED STATES COURT OF FEDERAL
WASHINGTON-DISTRICT OF CO

SERAJUL HAQUE
VS.                                Case no 1:2015-cv-00565 C
                        JUDGE: COSTER WILLIAMS
This case needs jury trial of all 53 cases in local court
UNITED STATES OF AMERICA, et Al

SERAJUL HAQUE VS. UNITED STATES # 1-2006-cv-00659
NEW/current CASE NO. 1:2015-cv-00565 C
MOTION FOR/TO TRANSFER TO LOCAL COURT OF
PLAINTIFF per captioned AS UNDER addressed PER 28
U.S.C#1631

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SERAJUL HAQUE                usdc ndc no cv-14-4600-NC
    PLAINTIFF         transferred from usdc dcd no
                             1:14-cv-01495-KBJ
VS.                  For appendix vide usca –dcc no.14-5052
UNITED STATES ATTTORNEY, et al   Leave to file This page
                        Usdc dcd no1:14-mc-000150-UNA

USCIS N-400 NATURALIZATION APPLICATION DENIAL
ANALYSIS IN RECORD WITH CONCERNED COURTS

RESPECTFULLY SUBMITTED
*Serajul Haque*
SERAJUL HAQUE-PLAINTIFF-COMPLAINANT
MOTION TO TRANSFER THE CASE TO USDC NDC SJD TO JOIN WITH 53
CASES CLOSED/DISMISSED PER JUDGMENT/ORDER OF LOCAL COURT
THAT-USA- TO BE A PARTY TO FINANCIAL CLAIM OF PLAINTIFF